UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

This form is available in a fillable version at *http://cdn.ca9.uscourts.gov/datastore/uploads/forms/Mediation_Questionnaire.pdf*.

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are **not** confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

9th Circuit Case Number(s): 16-17068

District Court/Agency Case Number(s): U.S. Dist. Ct. Ed. Ca; 13-CV-02213-WBS

District Court/Agency Location: Eastern District of CA

Case Name: Alba Morales v. Conopco, Inc.

If District Court, docket entry number(s) of order(s) appealed from: 74

Name of party/parties submitting this form: Steven F. Helfand

Briefly describe the dispute that gave rise to this lawsuit.

Class action settlement. Appellant challenges the fee award made to class counsel since it failed to properly apply or even consider Lafitte v. Robert Half, et al. Award should be remanded

Briefly describe the result below and the main issues on appeal. with new consideration made

See above. The award of attorneys fees should be reversed and remanded.

*(Continue to next page)*

Describe any proceedings remaining below or any related proceedings in other tribunals.

None.

Provide any other thoughts you would like to bring to the attention of the mediator.

Objector/Appellant is open to a variety of case resolution concepts.

*Any party may provide additional information **in confidence** directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Provide the case name and Ninth Circuit case number in your message. Additional information might include level of interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.*

## CERTIFICATION OF COUNSEL

I certify that:

- [x] a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

- [x] I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: [signature]

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: in pro per

**How to File**: Complete the form and then convert the filled-in form to a static PDF (File > Print > PDF Printer or any PDF Creator). To file, log into Appellate ECF and select File Mediation Questionnaire. (*Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system.*)

# REPRESENTATION STATEMENT

**Mark P. Kindall - PLAINTIFF / APPELLEE**
Izard, Kindall & Raabe, LLP
29 South Main Street
Suite 305
West Hartford, CT 06107
860-493-6292
Email: mkindall@ikrlaw.com

**Robert A. Izard , PHV - PLAINTIFF / APPELLEE**
Izard Nobel LLP
29 South Main Street
Suite 305
West Hartford, CT 06107
860-493-6292
Email: rizard@izardnobel.com

**Jay P. Lefkowitz , PHV - DEFENDANT / APPELLEE**
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022
212-446-4970
Email: lefkowitz@kirkland.com

**Steven Franklyn Helfand - APPELLANT**
910 West Avenue
Unit 438
Miami Beach, FL 33139
415-596-5611
Email: sh4078@gmail.com