UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are **not** confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 16-17068 |
| District Court/Agency Case Number(s): | 2:13-cv-02213-WBS |
| District Court/Agency Location: | U.S. District Court for the Eastern District of California |
| Case Name: | Alba Morales et al. v. Conopco, Inc. d/b/a Unilever |
| If District Court, docket entry number(s) of order(s) appealed from: | 74 |
| Name of party/parties submitting this form: | Plaintiffs Morales, Drew, Cohen & Clayman |

Please briefly describe the dispute that gave rise to this lawsuit.

Plaintiffs filed class action suit challenging "natural" labels on certain products manufactured and marketed by Defendant.

Briefly describe the result below and the main issues on appeal.

Plaintiffs and Defendant reached a settlement on behalf of a nationwide class of persons who purchased the products with the challenged labels. The Court granted both preliminary and final approval to the Settlement, certified the Settlement Class, and awarded attorneys' fees and expenses to Class Counsel under the common fund doctrine.

Describe any proceedings remaining below or any related proceedings in other tribunals.

The Settlement itself is final, and no party has appealed any of its terms. There are no further proceedings, save for the challenge by the Appellant-intervenor to the Court's award of Attorneys' Fees, nor are there any related proceedings in other tribunals.

| Provide any other thoughts you would like to bring to the attention of the mediator. |
|---|
| The Appellant-Intervenor is a frequent objector to class-action settlements. See, e.g., Brown v. Hain Celestial Grp., Inc., 2016 WL 631880, at *10 (N.D. Cal. Feb. 17, 2016) (describing Mr. Helfand as a "professional objector"). His challenge to the Court's fee award is particularly inappropriate in this case, since the District Court (a) did not deviate from the 9th Circuit's "benchmark" award of 25 percent; (b) specifically stated the factors that supported the award; and (c) explained that Mr. Helfand's objection, which was solely directed at the sufficiency of Class Counsel's lodestar submissions, did not undermine the percentage fee award. The Ninth Circuit has never held that a lodestar cross-check is required, and the California Supreme Court case Appellant-Intervenor cites in his mediation statement, Lafitte v. Robert Half Int'l Inc., 1 Cal. 5th 480, 504, 376 P.3d 672 (2016), specifically held that trial courts "retain the discretion to forgo a lodestar cross-check and use other means to evaluate the reasonableness of a requested fee." 1 Cal. 5th at 506. That is precisely what the Court did here. Moreover, even if the District Court had applied a "lodestar crosscheck," Class Counsel's brief in support of the request for fees showed that the requested fee yielded a multiple of only 1.09 at the time that Plaintiffs filed their motion for final approval (and thus did not include subsequent time or expenses). Substantially higher lodestar multiples are frequently approved. The award was thus amply supported, sufficiently explained, and well within the District Court's broad discretion. The appeal appears to be frivolous, justifying summary dismissal under Circuit Rule 3-6(b) and/or the award of fees and expenses under F.R.A.P. 38. |

Any party may provide additional information ***in confidence*** directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☐ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

| Signature | s/Mark P. Kindall |
|---|---|

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

| Counsel for | Plaintiffs Morales, Drew, Cohen, Clayman and the Certified Class |
|---|---|

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **File this document electronically** in Appellate ECF by choosing Forms/Notices/Disclosure > File a Mediation Questionnaire.

**Morales v. Conopco, Inc.**
**Current Service List**

*For Plaintiffs-Appellees Alba Morales, Lainie Cohen, Linda Clayman, and Kenneth Drew*

Robert A. Izard, Jr.
Mark P. Kindall
Izard, Kindall & Raabe, LLP
29 South Main Street
Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
Facsimile: 860-493-6290

Alan R. Plutzik
Bramson Plutzik Mahler & Birkhaeuser, LLP
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: 925-945-0200
Facsimile: 925-945-8792
aplutzik@bramsonplutzik.com

Katrina Carroll
Lite DePalma Greenberg, LLC
Two Gateway Center
Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858

*For Defendant—Appellee CONOPCO, INC., DBA Unilever*

Michael Phillip Esser, Attorney
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Telephone: 415-439-1400
Facsimile: 415-439-1500
Michael.esser@kirkland.com

Jay P. Lefkowitz, Attorney
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800
Facsimile: 212-446-4900
lefkowitz@kirkland.com

***Intervenor-Appellant Steven Helfand***

Steven Franklyn Helfand
Helfand Law Offices
910 West Avenue
Unit 438
Miami Beach, FL 3313
Telephone:  415-596-5611
Sh4078@gmail.com